IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00965-BNB

WILLIAM A. MAUNZ,

Plaintiff,

v.

DENVER DISTRICT COURT,
JUDGE ANNE MANSFIELD, and
STATE OF COLORADO,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 23 2011

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, William A. Maunz, is an inmate at the Denver County Jail in Denver, Colorado. Mr. Maunz initiated this action by filing ***pro se*** a "Motion for Stay, Stay of Proceedings, Pursuant Fed. R. Civ. P. 62, 28 U.S.C. § 2241"; two copies of a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915"; and a "Motion for Mandamus/Reconsider Stay of Proceedings, C.R.C.P.R. 39." On April 15, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Maunz to cure certain deficiencies if he wished to pursue his claims in this action. Specifically, Magistrate Judge Boland ordered Mr. Maunz to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 naming a proper Respondent and either to pay the filing fee or to file an amended motion seeking leave to proceed ***in forma pauperis*** pursuant to 28 U.S.C. § 1915 on the proper form. Mr. Maunz was warned that the action would be dismissed without further notice if he failed to cure the deficiencies

within thirty days.

On April 15, 2011, Mr. Maunz filed a "Notice of Intent/Motion for Clerical Error to be Corrected/According Fed. R. Crim. P." On May 6, 2011, Mr. Maunz filed on the proper form two copies of a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action." However, Mr. Maunz failed to cure all of the deficiencies because he failed to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 as directed within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure all of the deficiencies as directed. It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this 23rd day of May, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00965-BNB

William Maunz
Prisoner No. 457517
Van Cisse-Simonet Detention Center
490 W Colfax Ave
Denver, CO 80204

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on May 23, 2011.

GREGORY C. LANGHAM, CLERK

By:________________________
Deputy Clerk